FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 FEB 18 A 11: 57

CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| AMERICAN SILVER LLC, and AMERICAN BIOTECH LABS LLC, <br><br> Plaintiffs and Counterdefendants, <br><br> and <br><br> KEITH W. MOELLER, SCOTT S. MOELLER, AND WILLIAM D. MOELLER, <br><br> Additional Counterdefendants, <br><br> v. <br><br> GENERAL RESONANCE LLC, and GR INTELLECTUAL RESERVE, LLC, <br><br> Defendants and Counterplaintiffs, <br><br> and <br><br> JULIANA BROOKS and MARK MORTENSON, <br><br> Defendants. | Civil Action No. MGJ-07-2807 |

[proposed] Order

It is hereby ORDERED that the trial exhibits and trial testimony listed on Exhibit A attached hereto shall be placed under seal.

SO ORDERED.

Dated: February 22, 2011          /s/
                        Marvin J. Garbis
                        United States District Judge