## EXHIBIT A

1. PX 97
2. PX 54
3. PX 125
4. PX 229
5. PX 299
6. PX 230
7. PX 321
8. PX 324
9. PX 325
10. PX 326
11. PX 346
12. PX 363
13. PX 399
14. PX 404
15. PX 408
16. PX 410
17. PX 417
18. PX 448
19. PX 453
20. PX 455
21. PX 480
22. PX 528A

{WP738906;1}                                2

23. PX 542

24. PX 560

25. PX 602

26. PX 609A

27. PX 688

28. PX 720

29. PX 722

30. PX 725

31. PX 726

32. PX 731

33. PX 732

34. PX 734

35. PX 735

36. PX 736

37. PX 737

38. PX 738

39. PX 742

40. PX 743

41. PX 744

42. PX 745

43. PX 746

44. DX 503

45. DX 602

46. DX 775

Testimony of Paul Vapnek on December 7, 2010, page 117 through page 209, and December 8, 2010, page 5 through page 69.

Testimony of Bernard Friedlander on December 9, 2010, page 102 through page 158.