```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

AMERICAN SILVER, LLC, et al.    *

       Plaintiffs           *

         vs.                *   CIVIL ACTION NO. MJG-07-2807

GENERAL RESONANCE, LLC, et al.  *

       Defendants           *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER CLOSING CASE

The Court has been advised by counsel for the parties that the above action has been settled and there remains for resolution only a motion regarding the sealing of certain portions of the record..

By virtue of the agreed resolution of the case;

1. The Clerk shall CLOSE THIS CASE.

2. The Court shall resolve, post-closure, the remaining issues regarding sealing.

SO ORDERED, this Tuesday, March 15, 2011.

                                         /s/  
                                   Marvin J. Garbis  
                         United States District Judge